IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: : | |
| Fayyaz Karim and Lisa Karim : | Case No.   17 - 06548 |
| : | Judge:    Deborah L. Thorne |
| Debtors : | Chapter 13 |
| : | |
| Fayyaz Karim and Lisa Karim : | |
| Plaintiffs : | |
| v. : | Adversary No. 17-0380 |
| : | |
| Bayview Loan Servicing, LLC : | |
| Defendant : | |
| : | |

## BAYVIEW LOAN SERVICING'S
## CROSS-MOTION FOR SUMMARY JUDGMENT

Now Comes Bayview Loan Servicing, as servicer for First Midwest Bank hereinafter "Bayview," and files this Cross-Motion for Summary Judgment against Fayyaz Karim and Lisa Karim on the adversary complaint filed by the Debtors.

1. Plaintiffs commenced this adversary proceeding by filing a Complaint to Avoid Preference on July 24, 2017.

2. The Complaint seeks a determination that the attachment of a citation lien in favor of Defendant on proceeds of Defendant's real estate sale is a preference under Section 547 of the Bankruptcy Code.

3. Bayview filed its answer.   Plaintiffs filed their Motion for Summary Judgment on November 3, 2017.

{00309591}                                    1

4.      There are no issues of material fact regarding the matters alleged in the complaint.

5.      Bayview is entitled to judgment in its favor.

6.      A Statement of Material Facts, supporting Declaration and Memorandum in favor of Bayview are attached hereto.

Wherefore Bayview Loan Servicing prays for summary judgment in its favor and for such other and further relief as this Court deems just.

Respectfully submitted,

By:   /s/Raymond J. Ostler
GOMBERG SHARFMAN P.C.,
on behalf of Bayview Loan Servicing,
servicer for First Midwest Bank

GOMBERG SHARFMAN, P.C.
Raymond J. Ostler (ARDC #2123746)
208 S. LaSalle Street, Suite 1410
Chicago, IL 60604-1003
rostler@gsgolaw.com
(312) 332-6194
(312) 332-4083 fax

{00309591}      2